UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| SONO IRISH d/b/a Nibils, ) | Civil Action No.: 4:13-cv-0249-RBH |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | |
| ) | |
| ) | **ORDER** |
| TOWN OF SURFSIDE BEACH, ) | |
| EDWIN L. BOOTH, CECIL ) | |
| CHANDLER and WILLIAM REMPFER, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter arises out of the deposition of Michael T. Smith, former attorney for the Town of Surfside Beach, and questions concerning communications that occurred during an Executive Session for Town Council.

**IT IS ORDERED** that disclosure of the discovery at issue shall be subject to the consent confidentiality order filed on November 25, 2013 (Document # 34), with the further provision that the communications in question may be disclosed only to named parties and their attorneys without further order of the Court.

                                                                      s/Thomas E. Rogers, III
                                                                      Thomas E. Rogers, III
                                                                      United States Magistrate Judge

October 24, 2014
Florence, South Carolina